Jennifer L. Braster
Nevada Bar No. 9982
Andrew J. Sharples
Nevada Bar No. 12866
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@nblawnv.com
asharples@nblawnv.com

*Attorneys for Defendant
Experian Information Solutions, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD CALVILLO,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; AND INNOVIS DATA SOLUTIONS, INC.,<br><br>    Defendants. | Case No. 2:19-cv-00277-RFB-NJK<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AND PLAINTIFF EDWARD CALVILLO'S STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT (First Request)**<br><br>Complaint filed: February 14, 2019 |

Defendant Experian Information Solutions, Inc. ("Experian"), by and through its counsel of record, and Plaintiff Edward Calvillo ("Plaintiff"), by and through his counsel of record, hereby submit this stipulation to extend the time for Defendant to respond to Plaintiff's Complaint (ECF No. 1) pursuant to LR IA 6-1.

Plaintiff filed his Complaint on February 14, 2019. Experian was served on February 19, 2019, and the deadline for Experian to respond to the Complaint is currently March 12, 2019. Plaintiff and Experian stipulate and agree that Experian shall have until April 2, 2019 to file its responsive pleading.

This is Experian's first request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice to any party, but rather to allow Experian time to

investigate Plaintiff's claims. Moreover, Experian's counsel was only recently retained on March 4, 2019.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 5th day of March, 2019. | NAYLOR & BRASTER |
| | By: */s/ Jennifer L. Braster* <br> Jennifer L. Braster (NBN 9982) <br> Andrew J. Sharples (NBN 12866) <br> jbraster@nblawnv.com <br> asharples@nblawnv.com <br> 1050 Indigo Drive, Suite 200 <br> Las Vegas, NV 89145 <br><br> *Attorneys for Defendant* <br> *Experian Information Solutions, Inc.* |
| DATED this 5th day of March, 2019. | KNEPPER & CLARK LLC |
| | By: */s/ Matthew I. Knepper* <br> Matthew I. Knepper (NBN 12796) <br> Miles N. Clark (NBN 13848) <br> 10040 W. Cheyenne Ave., Suite 170-109 <br> Las Vegas, NV 89129 <br><br> David H. Krieger (NBN 9086) <br> HAINES & KRIEGER <br> 8985 S. Eastern Avenue, Suite 350 <br> Las Vegas, NV 89123 <br><br> *Attorneys for Plaintiff Edward Calvillo* |

**IT IS SO ORDERED.**

Dated this 6th day of March, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

NAYLOR & BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(702) 420-7000