Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD CALVILLO,<br><br>Plaintiffs,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; INNOVIS DATA SOLUTIONS, INC.; and TRANS UNION LLC,<br><br>Defendants. | Case No.: 2:19-cv-00277-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO TRAN UNION'S MOTION TO DISMISS COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff Edward Calvillo ("Plaintiff"), by and through his counsel of record, and Defendant and Trans Union LLC ("Trans Union") have agreed and stipulated to the following:

1. On February 14, 2019, Plaintiff filed a Complaint [ECF Dkt. 1].

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO TRAN UNION'S MOTION TO DISMISS COMPLAINT [FIRST REQUEST] - 1

2. On March 26, 2019, Trans Union moved to dismiss the Complaint [ECF Dkt.10]. Plaintiff's Response is due April 9, 2019.

3. On April 2, 2019, Experian Information Solutions, Inc. moved to dismiss the Complaint [ECF No. 11]. Plaintiff's Response is due April 16, 2019.

4. Plaintiff and Trans Union have agreed to extend Plaintiff's response seven days in order to allow Plaintiff's counsel to respond to both Trans Union and Experian's Motions to Dismiss with the same filing. As a result, Plaintiff and Trans Union hereby request this Court to further extend the date for Plaintiff to respond to Trans Union's Motion to Dismiss Complaint until **April 16, 2019**. This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

IT IS SO STIPULATED.

Dated April 9, 2019.

| **KNEPPER & CLARK LLC** | **ALVERSON TAYLOR & SANDERS** |
|---|---|
| /s/ *Matthew I. Knepper* | /s/ *Trevor Waite* |
| Matthew I. Knepper, Esq. | Kurt R. Bonds, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 6228 |
| Miles N. Clark, Esq. | Trevor Waite, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 13779 |
| 10040 W. Cheyenne Ave., Suite 170-109 | 6605 Grand Montecito Parkway, Suite 200 |
| Las Vegas, NV 89129 | Las Vegas, NV 89149 |
| Email: matthew.knepper@knepperclark.com | Email: kbonds@alversontaylor.com |
| Email: miles.clark@knepperclark.com | Email: twaite@alversontaylor.com |
| | |
| **HAINES & KRIEGER LLC** | *Counsel for Defendant* |
| David H. Krieger, Esq. | *Trans Union LLC* |
| Nevada Bar No. 9086 | |
| 8985 S. Eastern Avenue, Suite 350 | |
| Henderson, NV 89123 | |
| Email: dkrieger@hainesandkrieger.com | |
| | |
| *Counsel for Plaintiff* | |

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO TRAN UNION'S MOTION TO DISMISS COMPLAINT [FIRST REQUEST] - 2

*Calvillo v. Experian Information Solutions, Inc et al*
2:19-cv-00277-RFB-NJK

## **ORDER GRANTING**
## **STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 10th of April, 2019.

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO TRAN UNION'S MOTION TO DISMISS COMPLAINT [FIRST REQUEST] - 3