Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD CALVILLO,<br><br>Plaintiffs,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; INNOVIS DATA SOLUTIONS, INC.; and TRANS UNION LLC,<br><br>Defendants. | Case No.: 2:19-cv-00277-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [DKT. 18]**<br><br>**[FIRST REQUEST]** |

Plaintiff Edward Calvillo ("Plaintiff"), by and through his counsel of record, and Defendant Trans Union LLC ("Trans Union") have agreed and stipulated to the following:

1. On February 14, 2019, Plaintiff filed a Complaint [ECF Dkt. 1].

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [DKT. 18] [FIRST REQUEST] - 1

2. On March 26, 2019, Trans Union filed a Motion to Dismiss the Complaint [ECF Dkt.10].

3. On April 16, 2019, Plaintiff filed an Amended Complaint [ECF Dkt. 17].

4. On April 26, 2019, Trans Union filed a Motion to Dismiss the Amended Complaint [ECF Dkt. 18].

5. Plaintiff's Response is due May 10, 2019.

6. Plaintiff and Trans Union have agreed to extend Plaintiff's response ten days in order to allow Plaintiffs' counsel to address Trans Union's pending motion to dismiss and consult with Plaintiff prior to filing the response. As a result, both Plaintiff and Trans Union hereby request that this Court extend the date for Plaintiff to respond to Trans Union's Motion to Dismiss Amended Complaint until **May 20, 2019**.

/ / /

This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

IT IS SO STIPULATED.
Dated May 6, 2019.

| **KNEPPER & CLARK LLC** | **ALVERSON TAYLOR & SANDERS** |
|---|---|
| /s/ *Matthew I. Knepper* | /s/ *Trevor Waite* |
| Matthew I. Knepper, Esq. | Kurt R. Bonds, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 6228 |
| Miles N. Clark, Esq. | Trevor Waite, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 13779 |
| Email: matthew.knepper@knepperclark.com | Email: kbonds@alversontaylor.com |
| Email: miles.clark@knepperclark.com | Email: twaite@alversontaylor.com |
| | |
| **HAINES & KRIEGER LLC** | *Counsel for Defendant* |
| David H. Krieger, Esq. | *Trans Union LLC* |
| Nevada Bar No. 9086 | |
| Email: dkrieger@hainesandkrieger.com | |
| | |
| *Counsel for Plaintiff* | |

*Calvillo v. Experian Information Solutions, Inc et al*
2:19-cv-00277-RFB-NJK

### ORDER GRANTING
### STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO
### TRANS UNION'S MOTION TO DISMISS AMENDED COMPLAINT

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 7th day of May, 2019.