# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD CALVILLO,<br>    Plaintiff(s),<br>v.<br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br>    Defendant(s). | Case No.: 2:19-cv-00277-RFB-NJK<br><br>**ORDER**<br><br>[Docket Nos. 33, 34, 35] |

Pending before the Court are Plaintiff's requests to extend briefing deadlines. Docket Nos. 33, 34, 35.

Pursuant to the notice at Docket No. 36, the stipulation at Docket No. 33 is hereby deemed withdrawn.

With respect to the unopposed motions at Docket Nos. 34 and 35, the Court expects compliance with its orders moving forward. Based on the circumstances of this case, however, sufficient justification exists for the extension sought. As such, the unopposed motions are **GRANTED** and the deadlines to respond to the motion to stay and the motion for protective order are **EXTENDED** to May 24, 2019. **NO FURTHER EXTENSIONS OF THESE DEADLINES WILL BE GRANTED.**

IT IS SO ORDERED.

Dated: May 20, 2019

                                                                                      _____
                                                                                      Nancy J. Koppe
                                                                                      United States Magistrate Judge