Cheryl L. O'Connor
Nevada Bar No. 14745
coconnor@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612.4008
Telephone: (949) 851-3939
Facsimile: (949) 553-7539

Jennifer L. Braster
Nevada Bar No. 9982
Andrew J. Sharples
Nevada Bar No. 12866
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@naylorandbrasterlaw.com
asharples@naylorandbrasterlaw.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EDWARD CALVILLO,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION, LLC,<br><br>Defendants. | Case No. 2:19-CV-00277-RFB-NJK<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION TO STAY DISCOVERY AND MOTION FOR PROTECTIVE ORDER**<br><br>**[FIRST REQUEST]**<br><br>Complaint filed: February 14, 2019<br>FAC filed: April 16, 2019 |

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION TO STAY DISCOVERY AND MOTION FOR PROTECTIVE ORDER**

Defendant Experian Information Solutions, Inc. ("Experian"), by and through its counsel of record, hereby moves for a one-day extension to file its reply in support of its Motion to Stay Discovery and Motion for Protective Order, which was filed on May 3, 2019. (ECF No. 28). Currently, Experian's reply is due May 28, 2019, the day after Memorial Day weekend. Pursuant to LR IA 6-1, Experian respectfully requests a one-day extension or until May 29, 2019, in light of the holiday weekend and previously scheduled family plans. There is no hearing currently set.

DATED this 21st day of May 2019.

NAYLOR & BRASTER

By: */s/ Jennifer L. Braster*
    Jennifer L. Braster
    Nevada Bar No. 9982
    Andrew J. Sharples
    Nevada Bar No. 12866
    1050 Indigo Drive, Suite 200
    Las Vegas, NV 89145

    Cheryl L. O'Connor
    Nevada Bar No. 14745
    JONES DAY
    3161 Michelson Drive, Suite 800
    Irvine, CA 92612-4408

*Attorneys for Defendant
Experian Information Solutions, Inc.*

**MEMORANDUM OF POINTS AND AUTHORITIES**

On May 3, 2019, Experian filed its Motion to Stay Discovery and Motion for Protective Order. (ECF No. 28). Pursuant to this Court's order, Plaintiff's response was due May 7, 2019. Plaintiff erroneously calendared the response deadline and did not file a response on May 7, 2019 (or thereafter). On May 17, 2019, Plaintiff's counsel met and conferred with Experian's undersigned counsel regarding Plaintiff's miscalendaring and requested an extension to file his response brief. (ECF Nos. 34, 35, 36). In light of the Court's order regarding the briefing schedule for discovery motions, Experian could not stipulate to Plaintiff filing a belated response. (*Id.*). That decision is within the province of the Court. Experian did agree that it would not oppose Plaintiff's motion to extend the response deadline, and Plaintiff filed that motion to extend on May 17, 2019. (ECF Nos. 34, 35, and 36).

On May 20, 2019, the Court granted Plaintiff's (unopposed) motion to extend the response deadline. (ECF No. 38). Plaintiff's response is now due May 24, 2019. (*Id.*). As a result, Experian's reply in support of its Motion to Stay Discovery and Motion for Protective Order is now due May 28, 2019, or the day after Memorial Day weekend.

Due to the holiday weekend and the undersigned counsel's previously scheduled family plans, Experian respectfully requests a modest one-day extension or until May 29, 2019 to file its reply brief. (Declaration of Jennifer L. Braster at ¶ 4). Experian's counsel conferred with Plaintiff's counsel, Matthew Knepper, who stated he had no opposition to this one-day extension. (*Id.* at ¶ 5). There will be no prejudice to the parties as a result of this modest extension and a hearing has not yet been set. This deadline for Experian's reply brief stemmed from Plaintiff's calendaring error and requested extension, which Experian did not oppose. The undersigned counsel previously scheduled a family trip over the holiday weekend, not anticipating having a reply brief due in this

matter on May 28, 2019. As a result, Experian respectfully requests the Court grant this (unopposed) motion for a one-day extension to file its reply brief.

NAYLOR & BRASTER

By: */s/ Jennifer L. Braster*
    Jennifer L. Braster
    Nevada Bar No. 9982
    Andrew J. Sharples
    Nevada Bar No. 12866
    1050 Indigo Drive, Suite 200
    Las Vegas, NV 89145

    Cheryl L. O'Connor
    Nevada Bar No. 14745
    JONES DAY
    3161 Michelson Drive, Suite 800
    Irvine, CA 92612-4408

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

**ORDER**

IT IS SO ORDERED

United States Magistrate Judge

Dated: May 22, 2019

- 4 -