**KURT BONDS**
Nevada Bar No. 6228
**TREVOR WAITE**
Nevada Bar No. 13779
**ALVERSON TAYLOR & SANDERS**
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149
Telephone: (702) 384-7000
Facsimile: (702) 385-7000
Email: kbonds@alversontaylor.com
Email: twaite@alversontaylor.com
*Counsel for Trans Union LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD CALVILLO,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., INNOVIS DATA SOLUTIONS, INC., and TRANS UNION, LLC,<br><br>Defendants. | Case No. 2:19-cv-00277-RFB-NJK<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE A REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff Edward Calvillo ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File a Reply in Support of its Motion to Dismiss Plaintiff's Amended Complaint filed on April 26, 2019 (Dkt. 18).

On April 16, 2019, Plaintiff filed his Amended Complaint (Dkt. 17). On April 26, 2019, Trans Union filed its Motion to Dismiss Plaintiff's Amended Complaint (Dkt. 18). On May 20, 2019, Plaintiff filed his response to Trans Union's Motion to Dismiss Plaintiff's Amended Complaint (Dkt. 37). The current deadline for Trans Union to file a reply in support of its Motion to Dismiss Plaintiff's Amended Complaint is May 28, 2019.

1  KB/26088

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PARKWAY, SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000 FAX (702) 385-7000

Plaintiff and Trans Union hereby stipulate and request a two-week extension of time, through and including June 11, 2019, for Trans Union to file a reply in support of its Motion to Dismiss Plaintiff's Amended Complaint. This is the first stipulation for extension of time for Trans Union to file a reply in support of its Motion to Dismiss Plaintiff's Amended Complaint. Further, Plaintiff will not be prejudiced by the requested extension of time. This Motion is not requested for purposes of harassment, delay, or any other improper purpose.

Dated this 23rd day of May, 2019

**ALVERSON TAYLOR & SANDERS**

//S// Trevor R. Waite
_____

Kurt Bonds
Nevada Bar No. 6228
Trevor Waite
Nevada Bar No. 13779
6605 Grand Montecito Parkway, Suite 200
Las Vegas, NV 89149
Telephone: (702) 384-7000
Facsimile: (702) 385-7000
Email: kbonds@alversontaylor.com
Email: twaite@alversontaylor.com
***Counsel for Trans Union LLC***

**KNEPPER & CLARK, LLC HAINES & KRIEGER, LLC**

//S// Matthew I. Knepper
_____

Matthew I. Knepper, Nevada Bar No. 12796
Miles N. Clark, Nevada Bar No. 13848
10040 W. Cheyenne Ave., Suite170-109
Las Vegas, NV 89129
Telephone: (702) 825-6060
Facsimile: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
and
David H. Krieger, Nevada Bar No. 9086
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 383-5518
Email: dkrieger@hainesandkrieger.com

**ORDER**

The Joint Stipulation for Extension of Time for Trans Union LLC to file a reply in support of its motion to dismiss is so ORDERED AND ADJUDGED.

Dated this  23rd  day of _____May_____, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE