Jennifer L. Braster
Nevada Bar No. 9982
Andrew J. Sharples
Nevada Bar No. 12866
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@nblawnv.com
asharples@nblawnv.com

*Attorneys for Defendant
Experian Information Solutions, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EDWARD CALVILLO,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; AND INNOVIS DATA SOLUTIONS, INC.,<br><br>Defendants. | Case No. 2:19-cv-00277-RFB-NJK<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AND PLAINTIFF EDWARD CALVILLO'S STIPULATION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS (First Request)**<br><br>Complaint filed: February 14, 2019 |

Defendant Experian Information Solutions, Inc. ("Experian"), by and through its counsel of record, and Plaintiff Edward Calvillo ("Plaintiff"), by and through his counsel of record, hereby submit this stipulation to extend the time for Defendant to file its reply in support of Experian's Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 19) pursuant to LR IA 6-1.

On April 30, 2019, Experian filed its Motion to Dismiss Plaintiff's First Amended Complaint. (ECF No. 19). Thereafter, the parties entered into a stipulation to extend the time for Plaintiff to file his response, and Plaintiff filed his response on May 24, 2019. (ECF Nos. 32, 43). Experian's reply is currently due May 31, 2019. The parties agree that Experian shall have a one-week extension or until June 7, 2019 to file its reply.

This is Experian's first request for an extension of time to file its reply in support of its Motion to Dismiss and is not intended to cause any delay or prejudice to any party, but rather to allow Experian additional time to respond to the arguments set forth in Plaintiff's response.

**IT IS SO STIPULATED.**

DATED this 30th day of May, 2019.　　　NAYLOR & BRASTER

By: */s/ Jennifer L. Braster*
Jennifer L. Braster (NBN 9982)
Andrew J. Sharples (NBN 12866)
jbraster@nblawnv.com
asharples@nblawnv.com
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

DATED this 30th day of May, 2019.　　　KNEPPER & CLARK LLC

By: */s/ Matthew I. Knepper*
Matthew I. Knepper (NBN 12796)
Miles N. Clark (NBN 13848)
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129

David H. Krieger (NBN 9086)
HAINES & KRIEGER
8985 S. Eastern Avenue, Suite 350
Las Vegas, NV 89123

*Attorneys for Plaintiff Edward Calvillo*

**IT IS SO ORDERED.**

Dated this 31st day of May, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

NAYLOR & BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(702) 420-7000