Cheryl L. O'Connor
Nevada Bar No. 14745
coconnor@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612.4008
Telephone: (949) 851-3939
Facsimile: (949) 553-7539

Jennifer L. Braster
Nevada Bar No. 9982
Andrew J. Sharples
Nevada Bar No. 12866
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@nblawnv.com
asharples@nblawnv.com

*Attorneys for Defendant
Experian Information Solutions, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EDWARD CALVILLO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　Defendant. | Case No. 2:19-CV-00277-RFB-NJK<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AND PLAINTIFF EDWARD CALVILLO'S STIPULATION TO EXTEND TIME TO RESPOND TO OPERATIVE COMPLAINT**<br><br>**[First Request]**<br><br>Complaint filed: February 14, 2019<br><br>FAC filed: April 16, 2019 |

Defendant Experian Information Solutions, Inc. ("Experian"), by and through its counsel of record, and Plaintiff Edward Calvillo ("Plaintiff"), by and through his counsel of record, hereby submit this stipulation to extend the time to respond to the operative complaint. The parties stipulate as follow:

1. On April 1, 2020, the Court entered an order granting in part and denying in part Experian's motion to dismiss, among other rulings. The Court also granted Plaintiff leave to amend certain claims. (ECF No. 64, hereinafter "the Order").

2. The Court ordered that Plaintiff shall have until April 15, 2020, to file a second-amended complaint should Plaintiff elect to do so. (*Id.*).

3. Plaintiff has stated that he intends to file a second-amended complaint.

4. Experian's response to the second-amended complaint shall be due May 6, 2020.

5. To the extent Plaintiff does not file a second-amended complaint by April 15, 2020, then Experian's response to the first amended complaint shall be due May 6, 2020.

**IT IS SO STIPULATED.**

DATED this 8th day of April, 2020.

| NAYLOR & BRASTER | KNEPPER & CLARK LLC |
|---|---|
| By: */s/ Jennifer L. Braster*<br>Jennifer L. Braster (NBN 9982)<br>Andrew J. Sharples (NBN 12866)<br>jbraster@nblawnv.com<br>asharples@nblawnv.com<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145<br><br>*Attorneys for Defendant*<br>*Experian Information Solutions, Inc.* | By: */s/ Matthew I. Knepper*<br>Matthew I. Knepper (NBN 12796)<br>Miles N. Clark (NBN 13848)<br>10040 W. Cheyenne Ave., Suite 170-109<br>Las Vegas, NV 89129<br><br>David H. Krieger (NBN 9086)<br>HAINES & KRIEGER<br>8985 S. Eastern Avenue, Suite 350<br>Las Vegas, NV 89123<br><br>*Attorneys for Plaintiff Edward Calvillo* |

**IT IS SO ORDERED.**

Dated: April 9, 2020

_____
UNITED STATES MAGISTRATE JUDGE

NAYLOR & BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(702) 420-7000