Cheryl L. O'Connor
Nevada Bar No. 14745
coconnor@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612.4008
Telephone:  (949) 851-3939
Facsimile:  (949) 553-7539

Jennifer L. Braster
Nevada Bar No. 9982
Andrew J. Sharples
Nevada Bar No. 12866
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV  89145
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@nblawnv.com
asharples@nblawnv.com

*Attorneys for Defendant
Experian Information Solutions, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| EDWARD CALVILLO,<br><br>  Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>  Defendant. | Case No. 2:19-CV-00277-RFB-NJK<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AND PLAINTIFF EDWARD CALVILLO'S STIPULATION TO EXTEND TIME TO FILE DISCOVERY PLAN**<br><br>**[First Request]**<br><br>Complaint filed:  February 14, 2019<br><br>FAC filed: April 16, 2019 |
|---|---|

Defendant Experian Information Solutions, Inc. ("Experian"), by and through its counsel of record, and Plaintiff Edward Calvillo ("Plaintiff"), by and through his counsel of record, hereby submit this stipulation to extend the time to file a discovery plan.  The parties stipulate as follow:

1. On April 1, 2020, the Court entered an order granting in part and denying in part Experian's motion to dismiss, among other rulings. The Court also granted Plaintiff leave to amend certain claims. (ECF No. 64, hereinafter "the Order").

2. The Court ordered that Plaintiff shall have until April 15, 2020, to file a second-amended complaint should Plaintiff elect to do so. (*Id.*).

3. The Court previously ordered discovery stayed until resolution of that motion to dismiss. (ECF No. 54).

4. The Court previously ordered that a discovery plan shall be due 14 days after resolution of Experian's motion to dismiss should the resolution of that motion not result in termination of the case. (*Id.*). As such, the joint discovery plan is due April 15, 2020.

5. In light of the impact of COVID-19 and the parties and counsel's respective stay at home orders, it has become increasingly difficult to obtain the necessary input to have a fulsome Rule 26 discussion and enter into a joint discovery plan by April 15, 2020.

6. Additionally, with Plaintiff's second amended complaint being due April 15, 2020, the parties would like an opportunity to consider that second amended complaint in preparing a joint discovery plan.

NAYLOR & BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(702) 420-7000

7. As such, the parties stipulate and agree that the joint discovery plan shall be due April 29, 2020.

**IT IS SO STIPULATED.**

DATED this 14th day of April, 2020.

| NAYLOR & BRASTER | KNEPPER & CLARK LLC |
|---|---|
| By: */s/ Jennifer L. Braster*<br>     Jennifer L. Braster (NBN 9982)<br>     Andrew J. Sharples (NBN 12866)<br>     jbraster@nblawnv.com<br>     asharples@nblawnv.com<br>     1050 Indigo Drive, Suite 200<br>     Las Vegas, NV 89145<br><br>*Attorneys for Defendant*<br>*Experian Information Solutions, Inc.* | By: */s/ Matthew I. Knepper*<br>     Matthew I. Knepper (NBN 12796)<br>     Miles N. Clark (NBN 13848)<br>     5510 S. Fort Apache Road, Suite 30<br>     Las Vegas, NV 89148<br><br>     David H. Krieger (NBN 9086)<br>     HAINES & KRIEGER<br>     2850 W. Horizon Ridge Pkwy, Suite 200<br>     Henderson, Nevada 89052<br><br>*Attorneys for Plaintiff Edward Calvillo* |

**IT IS SO ORDERED.**

Dated:  April 15, 2020

_____
UNITED STATES MAGISTRATE JUDGE

NAYLOR & BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(702) 420-7000

3 of 3